# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 15-56153-BEM | Trustee Name: | (300001) Robert Trauner |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Date Filed (f) or Converted (c): | 04/03/2015 (f) |
| | | § 341(a) Meeting Date: | 05/11/2015 |
| For Period Ending: | 09/30/2019 | Claims Bar Date: | 10/07/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SunTrust Bank Business checking account (-$38.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Server computer; cinema computer monitors (2); h | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4* | BMW Financial Fraudulent Conveyance (u) (See Footnote) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 5* | Adversary proceeding against American Express (17-05074) (u) (See Footnote) | 0.00 | 600,000.00 | | 199,000.00 | FA |
| 6* | Adversary proceeding against Atlanta Transportation (17-05075) (u) (See Footnote) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 7* | Adversary proceeding against Bank of America (17-05077) (u) (See Footnote) | 0.00 | 350,000.00 | | 350,000.00 | FA |
| 8 | Adversary proceeding against Delta Airlines (17-05078) (u) | 0.00 | 100,000.00 | | 0.00 | 53,000.00 |
| 9* | Adversary proceeding against Golden Nugget (17-05079) (u) (See Footnote) | 0.00 | 50,000.00 | | 33,750.00 | FA |
| 10* | VOID (u) (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 11 | Adversary proceeding against Las Vegas Sands (17-05081) (u) | 0.00 | 200,000.00 | | 72,500.00 | FA |
| 12 | Adversary proceeding against Hard Rock (17-05082) (u) | 0.00 | 900,000.00 | | 231,000.00 | FA |
| 13* | Adversary proceeding against Joe Poole, (17-05083) (u) (See Footnote) | 0.00 | 125,000.00 | | 15,500.00 | FA |
| 14 | Adversary proceeding against James and Elizabeth Simpson (17-05084) (u) | 0.00 | 50,000.00 | | 3,500.00 | FA |
| 15 | Adversary proceeding against Wayne Simpson (17-05085) (u) | 0.00 | 50,000.00 | | 10,000.00 | FA |
| 16* | Adversary proceeding against Angela Carter (17-05086) (u) (See Footnote) | 0.00 | 50,000.00 | | 8,000.00 | FA |
| 16 | Assets    Totals    (Excluding unknown values) | **$3,000.00** | **$2,500,000.00** | | **$948,250.00** | **$53,000.00** |

RE PROP# 4    Per order entered 10/23/16 [46]

RE PROP# 5    Closed 1/11/18

RE PROP# 6    Settlement Order entered 11/2/17 [80] Atlanta Transportation and Limo, LLC, White Glove Limousine dba Atlanta Transportation and Anthony Skelton, individually.  Settlement of $5,000.00 payable at $500 per month beginning 10/19/17; CLOSED 11/30/17

RE PROP# 7    CLOSED 5/29/18

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 15-56153-BEM | **Trustee Name:** (300001) Robert Trauner |
| **Case Name:** THINK RETAIL SOLUTIONS, LLC | **Date Filed (f) or Converted (c):** 04/03/2015 (f) |
| | **§ 341(a) Meeting Date:** 05/11/2015 |
| **For Period Ending:** 09/30/2019 | **Claims Bar Date:** 10/07/2015 |

| | |
|---|---|
| RE PROP# 9 | Settled per order entered 9/22/17 [73] ; closed 10/24/17 |
| RE PROP# 10 | CLOSED 8/30/18 |
| RE PROP# 13 | Settled per order entered 2/4/19 [146] for $15,500.00/ Poole's POC #18 deemed withdrawn |
| RE PROP# 16 | Settled per order entered 1/5/18 [91] for $8,000.00; closed 2/26/18 |

**Major Activities Affecting Case Closing:**

Trustee has settled numerous adversary proceedings to recover alleged fraudulent transfers. The adversary proceeding against Delta Airlines is the only adversary proceeding which remains open.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016     **Current Projected Date Of Final Report (TFR):**   12/31/2020

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-56153-BEM | | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | | Account #: | ******8766 Checking Account |
| For Period Ending: | 09/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/16 | {4} | BMW Financial Services | Settlement of fraudulent conveyance per order entered 10/21/16 [46] | 1241-000 | 20,000.00 | | 20,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.12 | 19,980.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.65 | 19,952.23 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.60 | 19,921.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.74 | 19,894.89 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.56 | 19,865.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.66 | 19,838.67 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.38 | 19,807.29 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.48 | 19,778.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.49 | 19,751.32 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.25 | 19,720.07 |
| 09/26/17 | {9} | Golden Nugget Biloxi | Adversary proceeds per order entered 9/22/17 [73] | 1241-000 | 33,750.00 | | 53,470.07 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.65 | 53,439.42 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.98 | 53,357.44 |
| 11/07/17 | | Atlanta Transportation | Adversary settlement payment per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 53,857.44 |
| | {6} | | Acct #; Payment #1 $500.00 | 1241-000 | | | |
| 11/16/17 | | Atlanta Transportation and Limo | Scheduled payment per settlement Order entered 11/2/17 [80] | 1241-000 | 500.00 | | 54,357.44 |
| | {6} | | Acct #; Payment #2 $500.00 | 1241-000 | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.58 | 54,279.86 |
| 12/15/17 | | Anthony Skelton | Scheduled payment per order entered 11-2-17 | 1241-000 | 500.00 | | 54,779.86 |
| | {6} | | Acct #; Payment #3 $500.00 | 1241-000 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.73 | 54,704.13 |
| 01/19/18 | {5} | Ragsdale, Beals, Seigler, Patterson & Gray | Adversary settlement in full of American Express | 1241-000 | 199,000.00 | | 253,704.13 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 172.42 | 253,531.71 |

**Page Subtotals:**   $254,250.00   $718.29

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 15-56153-BEM | | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | | Account #: | ******8766 Checking Account |
| For Period Ending: | 09/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/02/18 | | Anthony Skelton | settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 254,031.71 |
| | {6} | | Acct #; Payment #4 $500.00 | 1241-000 | | | |
| 02/02/18 | {16} | Angela Carter | Payment in full. Settlement of adversary 17-05086 | 1241-000 | 8,000.00 | | 262,031.71 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 349.72 | 261,681.99 |
| 03/02/18 | | White Gloves Limo | Scheduled settlement payment per order entered 11/2/17 [80], adversary 15-05075 | 1241-000 | 250.00 | | 261,931.99 |
| | {6} | | Acct #; Payment #5 $250.00 | 1241-000 | | | |
| 03/02/18 | | White Glove Limo | Scheduled settlement payment per order entered 11/2/17 [80] | 1241-000 | 250.00 | | 262,181.99 |
| | {6} | | Acct #; Payment #5 $250.00 | 1241-000 | | | |
| 03/20/18 | 101 | Ragsdale, Beals, Seigler, Patterson & Gray | Interim attorney expenses allowed by order entered 3/9/18 | 3420-000 | | 3,401.51 | 258,780.48 |
| 03/29/18 | | White Gloves Limo | settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 259,280.48 |
| | {6} | | Acct #; Payment #6 $500.00 | 1241-000 | | | |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 376.49 | 258,903.99 |
| 04/17/18 | 102 | Ragsdale, Beals, Seigler, Patterson & Gray | Compensation per order entered 4/13/18 {107} | 3210-000 | | 158,702.00 | 100,201.99 |
| 04/26/18 | | White Glove Limo | Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 100,701.99 |
| | {6} | | Acct #; Payment #7 $500.00 | 1241-000 | | | |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.54 | 100,372.45 |
| 05/15/18 | {7} | Ragsdale, Beals, Seigler, Patterson & Gray | Settlement payment on adversary proceeding 17-05077 against Bank America. Docket number 103 | 1241-000 | 350,000.00 | | 450,372.45 |
| 05/31/18 | | White Glove Limo | Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 450,872.45 |

Page Subtotals:     $360,500.00     $163,159.26

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-3

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******8766 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {6} | | Acct #; Payment #8  $500.00 | 1241-000 | | | |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 410.50 | 450,461.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 626.30 | 449,835.65 |
| 07/03/18 | | Atlanta Limo | Scheduled payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 450,335.65 |
| | {6} | | Acct #; Payment #9  $500.00 | 1241-000 | | | |
| 07/03/18 | {11} | Venetian Casino Resort | Settlement of adversary proceeding | 1241-000 | 72,500.00 | | 522,835.65 |
| 07/24/18 | | White glove Limo | Final Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 523,335.65 |
| | {6} | | Acct #; Payment #10  $500.00 | 1241-000 | | | |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 781.27 | 522,554.38 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 776.67 | 521,777.71 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 400.26 | 521,377.45 |
| 10/02/18 | {14} | Amanda Manning | Payment of settlement proceeds in full of Simpson Adversary #17-05084 | 1241-000 | 3,500.00 | | 524,877.45 |
| 10/16/18 | {15} | Wayne Simpson | Payment in full of Adversary #17-05085 | 1241-000 | 10,000.00 | | 534,877.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 477.90 | 534,399.55 |
| 11/06/18 | 103 | Stonebridge Accounting & Forensics, LLC | Accountant for Trustee interim fees and expenses | | | 50,883.32 | 483,516.23 |
| | | Stonebridge Accounting & Forensics, LLC | Account Fees  $50,623.50 | 3410-000 | | | |
| | | Stonebridge Accounting & Forensics, LLC | Accountant expenses  $259.82 | 3420-000 | | | |
| 02/15/19 | {13} | Small Herrin | Settlement-adversary proceeding 17-05083-Poole per order [47] | 1241-000 | 15,500.00 | | 499,016.23 |
| 03/30/19 | 104 | Ragsdale, Beals, Seigler, Patterson & Gray | Second interim fees/expenses allowed per order of 3/25/19 [170] | | | 239,999.19 | 259,017.04 |

Page Subtotals:   $102,500.00   $294,355.41

{ } Asset Reference(s)                                                                                             ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 15-56153-BEM | | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | | Account #: | ******8766 Checking Account |
| For Period Ending: | 09/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Ragsdale, Beals, Seigler, Patterson & Gray | Allowed Second Interim Fees per order of 3/25/19 [170] $230,000.00 | 3210-000 | | | |
| | | Ragsdale, Beals, Seigler, Patterson & Gray | Allowed second interim expenses per order of 3/25/19 [170] $9,999.19 | 3420-000 | | | |
| 05/06/19 | 105 | Robert Trauner | Trustee interim compensation/expenses [177] | | | 34,298.22 | 224,718.82 |
| | | Robert Trauner | $33,921.88 | 2100-000 | | | |
| | | Robert Trauner | $376.34 | 2200-000 | | | |
| 05/07/19 | 106 | Internal Revenue Service | Interim Distribution payment - Dividend paid at 100.00% of $126.00; Claim # 1P-2; Filed: $30,733.33 | 5800-000 | | 126.00 | 224,592.82 |
| 05/07/19 | 107 | Georgia Department of Revenue | Interim Distribution payment - Dividend paid at 100.00% of $138.75; Claim # 16; Filed: $138.75 | 5800-000 | | 138.75 | 224,454.07 |
| 05/07/19 | 108 | Canon Financial Services Inc | Interim Distribution payment - Dividend paid at 17.00% of $1,715.52; Claim # 2; Filed: $1,715.52 | 7100-000 | | 291.64 | 224,162.43 |
| 05/07/19 | 109 | Register Lithographers, Ltd. | Interim Distribution payment - Dividend paid at 17.00% of $356,881.00; Claim # 3; Filed: $356,881.00 | 7100-000 | | 60,669.77 | 163,492.66 |
| 05/07/19 | 110 | Third-Marietta, LLC | Interim Distribution payment - Dividend paid at 17.00% of $39,354.82; Claim # 4; Filed: $39,354.82 | 7100-000 | | 6,690.32 | 156,802.34 |
| 05/07/19 | 111 | Print Direction, Inc. | Interim Distribution payment - Dividend paid at 17.00% of $513,459.75; Claim # 6; Filed: $513,459.75 | 7100-000 | | 87,288.16 | 69,514.18 |
| 09/27/19 | {12} | Hard Rock Hotel & Casino | Settlement of adversary proceeding, Docket number 182 | 1241-000 | 231,000.00 | | 300,514.18 |
| | | | **COLUMN TOTALS** | | 948,250.00 | 647,735.82 | $300,514.18 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 948,250.00 | 647,735.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$948,250.00** | **$647,735.82** | |

{ } Asset Reference(s)             ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-5

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******3507 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-6

| | |
|---|---|
| **Case No.:** | 15-56153-BEM |
| **Case Name:** | THINK RETAIL SOLUTIONS, LLC |
| **Taxpayer ID #:** | **-***6902 |
| **For Period Ending:** | 09/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Robert Trauner (300001) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3507 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $948,250.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $948,250.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8766 Checking Account | $948,250.00 | $647,735.82 | $300,514.18 |
| ******3507 Checking Account | $0.00 | $0.00 | $0.00 |
| | $948,250.00 | $647,735.82 | $300,514.18 |