UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta DIVISION

In re: THINK RETAIL SOLUTIONS, LLC　　　§　　Case No. 15-56153-BEM
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Robert Trauner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $196,084.98 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $752,165.02 | | |

　　　3) Total gross receipts of $948,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $948,250.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $999,943.52 | $999,943.52 | $752,165.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $30,872.08 | $264.75 | $264.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,051,009.66 | $1,219,665.12 | $911,411.09 | $195,820.23 |
| **TOTAL DISBURSEMENTS** | $2,051,009.66 | $2,250,480.72 | $1,911,619.36 | $948,250.00 |

4) This case was originally filed under chapter 7 on 04/03/2015. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/02/2020    By: /s/ Robert Trauner
                         Trustee, Bar No.: 715800

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adversary proceeding against Golden Nugget (17-05079) | 1241-000 | $33,750.00 |
| Adversary proceeding against Las Vegas Sands (17-05081) | 1241-000 | $72,500.00 |
| Adversary proceeding against Joe Poole, (17-05083) | 1241-000 | $15,500.00 |
| BMW Financial Fraudulent Conveyance | 1241-000 | $20,000.00 |
| Adversary proceeding against Angela Carter (17-05086) | 1241-000 | $8,000.00 |
| Adversary proceeding against Wayne Simpson (17-05085) | 1241-000 | $10,000.00 |
| Adversary proceeding against James and Elizabeth Simpson (17-05084) | 1241-000 | $3,500.00 |
| Adversary proceeding against Atlanta Transportation (17-05075) | 1241-000 | $5,000.00 |
| Adversary proceeding against Hard Rock (17-05082) | 1241-000 | $231,000.00 |
| Adversary proceeding against American Express (17-05074) | 1241-000 | $199,000.00 |
| Adversary proceeding against Bank of America (17-05077) | 1241-000 | $350,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$948,250.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Robert Trauner | 2100-000 | NA | $50,662.50 | $50,662.50 | $50,662.50 |
| Trustee, Expenses - Robert Trauner | 2200-000 | NA | $581.64 | $581.64 | $581.64 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $3,850.00 | $3,850.00 | $3,850.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $5,246.94 | $5,246.94 | $5,246.94 |
| Attorney for Trustee Fees (Other Firm) - Ragsdale, Beals, Seigler, Patterson & Gray | 3210-000 | NA | $841,480.50 | $841,480.50 | $593,702.00 |
| Attorney for Trustee Expenses (Other Firm) - Ragsdale, Beals, Seigler, Patterson & Gray | 3220-000 | NA | $37,652.48 | $37,652.48 | $37,652.48 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3410-000 | NA | $60,109.50 | $60,109.50 | $60,109.50 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3420-000 | NA | $359.96 | $359.96 | $359.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $999,943.52 | $999,943.52 | $752,165.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 5800-000 | $0.00 | $30,733.33 | $126.00 | $126.00 |
| 16 | Georgia Department of Revenue | 5800-000 | $0.00 | $138.75 | $138.75 | $138.75 |
| N/F | Georgia Department of Revenue Bankruptcy Department | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$30,872.08** | **$264.75** | **$264.75** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 7100-000 | $0.00 | $100.00 | $0.00 | $0.00 |
| 2 | Canon Financial Services Inc | 7100-000 | $0.00 | $1,715.52 | $1,715.52 | $368.59 |
| 3 | Register Lithographers, Ltd. | 7100-000 | $0.00 | $356,881.00 | $356,881.00 | $76,677.28 |
| 4 | Third-Marietta, LLC | 7100-000 | $0.00 | $39,354.82 | $39,354.82 | $8,455.54 |
| 5 | Robert Trauner, Trustee of Simpson CH 7 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Print Direction, Inc. | 7100-000 | $0.00 | $513,459.75 | $513,459.75 | $110,318.82 |
| 7 | BroadRiver Communication Corp | 7200-000 | $0.00 | $929.80 | $0.00 | $0.00 |
| 8 | Canon Solutions America | 7200-000 | $0.00 | $68.80 | $0.00 | $0.00 |
| 9 | Comcast | 7200-000 | $0.00 | $47.99 | $0.00 | $0.00 |
| 10 | JAMCO Properties, Inc. | 7200-000 | $0.00 | $1,164.07 | $0.00 | $0.00 |
| 11 | Linder Security Systems, Inc. | 7200-000 | $0.00 | $120.00 | $0.00 | $0.00 |
| 12 | Market Place Color | 7200-000 | $0.00 | $72,168.19 | $0.00 | $0.00 |
| 13 | PIBT | 7200-000 | $0.00 | $2,955.28 | $0.00 | $0.00 |
| 14 | Selective Insurance | 7200-000 | $0.00 | $2,123.00 | $0.00 | $0.00 |
| 15 | The Hartford | 7200-000 | $0.00 | $6,576.90 | $0.00 | $0.00 |
| 17 | Diluzio & Hennsler | 7200-000 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 18 | Joe C. Poole | 7200-000 | $0.00 | $220,000.00 | $0.00 | $0.00 |

| N/F | BroadRiver Communication Corp | 7100-000 | $929.80 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | BroadRiver Communication Corp | 7100-000 | $929.80 | NA | NA | NA |
| N/F | Canon Financial Services Inc. | 7100-000 | $163.71 | NA | NA | NA |
| N/F | Canon Financial Services Inc. | 7100-000 | $163.71 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.01 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.01 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $24.64 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.70 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $24.64 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $10.44 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.01 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.70 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $11.01 | NA | NA | NA |
| N/F | Canon Solutions America | 7100-000 | $10.44 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $47.99 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $47.99 | NA | NA | NA |
| N/F | Diluzio & Henssler | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | JAMCO Properties, Inc. | 7100-000 | $1,164.07 | NA | NA | NA |
| N/F | JAMCO Properties, Inc. | 7100-000 | $1,164.07 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Joe C. Poole | 7100-000 | $220,000.00 | NA | NA | NA |
| N/F | Linder Security Systems, Inc. | 7100-000 | $120.00 | NA | NA | NA |
| N/F | Linder Security Systems, Inc. | 7100-000 | $120.00 | NA | NA | NA |
| N/F | Market Place Color | 7100-000 | $72,168.19 | NA | NA | NA |
| N/F | Market Place Color | 7100-000 | $72,168.19 | NA | NA | NA |
| N/F | PIBT | 7100-000 | $2,955.28 | NA | NA | NA |
| N/F | PIBT | 7100-000 | $2,955.28 | NA | NA | NA |
| N/F | Print Direction, Inc. c/o John W. Gibson, Esq. | 7100-000 | $435,306.18 | NA | NA | NA |
| N/F | Print Direction, Inc. c/o John W. Gibson, Esq. | 7100-000 | $435,306.18 | NA | NA | NA |
| N/F | Register Print Group f/k/a Register Litho | 7100-000 | $356,880.91 | NA | NA | NA |
| N/F | Register Print Group f/k/a Register Litho | 7100-000 | $356,880.91 | NA | NA | NA |
| N/F | Selective Insurance c/o PIAG Insurance Svcs | 7100-000 | $2,123.00 | NA | NA | NA |
| N/F | Selective Insurance c/o PIAG Insurance Svcs | 7100-000 | $2,123.00 | NA | NA | NA |
| N/F | The Hartford | 7100-000 | $6,576.90 | NA | NA | NA |
| N/F | The Hartford | 7100-000 | $6,576.90 | NA | NA | NA |
| N/F | Third-Marietta, LLC | 7100-000 | $36,000.00 | NA | NA | NA |
| N/F | Third-Marietta, LLC | 7100-000 | $36,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,051,009.66** | **$1,219,665.12** | **$911,411.09** | **$195,820.23** |

Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 15-56153-BEM  
Case Name: THINK RETAIL SOLUTIONS, LLC  
For Period Ending: 06/02/2020

Trustee Name: (300001) Robert Trauner  
Date Filed (f) or Converted (c): 04/03/2015 (f)  
§ 341(a) Meeting Date: 05/11/2015  
Claims Bar Date: 09/08/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SunTrust Bank Business checking account (-$38.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Server computer; cinema computer monitors (2); h | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4* | BMW Financial Fraudulent Conveyance (u) (See Footnote) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 5* | Adversary proceeding against American Express (17-05074) (u) (See Footnote) | 0.00 | 600,000.00 | | 199,000.00 | FA |
| 6* | Adversary proceeding against Atlanta Transportation (17-05075) (u) (See Footnote) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 7* | Adversary proceeding against Bank of America (17-05077) (u) (See Footnote) | 0.00 | 350,000.00 | | 350,000.00 | FA |
| 8* | Adversary proceeding against Delta Airlines (17-05078) (u) (See Footnote) | 0.00 | 100,000.00 | | 0.00 | FA |
| 9* | Adversary proceeding against Golden Nugget (17-05079) (u) (See Footnote) | 0.00 | 50,000.00 | | 33,750.00 | FA |
| 10* | VOID (u) (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 11 | Adversary proceeding against Las Vegas Sands (17-05081) (u) | 0.00 | 200,000.00 | | 72,500.00 | FA |
| 12* | Adversary proceeding against Hard Rock (17-05082) (u) (See Footnote) | 0.00 | 900,000.00 | | 231,000.00 | FA |
| 13* | Adversary proceeding against Joe Poole, (17-05083) (u) (See Footnote) | 0.00 | 125,000.00 | | 15,500.00 | FA |
| 14 | Adversary proceeding against James and Elizabeth Simpson (17-05084) (u) | 0.00 | 50,000.00 | | 3,500.00 | FA |
| 15 | Adversary proceeding against Wayne Simpson (17-05085) (u) | 0.00 | 50,000.00 | | 10,000.00 | FA |
| 16* | Adversary proceeding against Angela Carter (17-05086) (u) (See Footnote) | 0.00 | 50,000.00 | | 8,000.00 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$3,000.00** | **$2,500,000.00** | | **$948,250.00** | **$0.00** |

| | | |
|---|---|---|
| RE PROP# 4 | Per order entered 10/23/16 [46] | |
| RE PROP# 5 | Closed 1/11/18 | |
| RE PROP# 6 | Settlement Order entered 11/2/17 [80] Atlanta Transportation and Limo, LLC, White Glove Limousine dba Atlanta Transportation and Anthony Skelton, individually.  Settlement of $5,000.00 payable at $500 per month beginning 10/19/17; CLOSED 11/30/17 | |
| RE PROP# 7 | CLOSED 5/29/18 | |
| RE PROP# 8 | Summary Judgment granted to Delta. | |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 15-56153-BEM  
**Case Name:** THINK RETAIL SOLUTIONS, LLC  
**For Period Ending:** 06/02/2020

**Trustee Name:** (300001) Robert Trauner  
**Date Filed (f) or Converted (c):** 04/03/2015 (f)  
**§ 341(a) Meeting Date:** 05/11/2015  
**Claims Bar Date:** 09/08/2015

| | | |
|---|---|---|
| RE PROP# 9 | Settled per order entered 9/22/17 [73] ; closed 10/24/17 | |
| RE PROP# 10 | CLOSED 8/30/18 | |
| RE PROP# 12 | closed 10/8/19 | |
| RE PROP# 13 | Settled per order entered 2/4/19 [146] for $15,500.00/ Poole's POC #18 deemed withdrawn | |
| RE PROP# 16 | Settled per order entered 1/5/18 [91] for $8,000.00; closed 2/26/18 | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2016        **Current Projected Date Of Final Report (TFR):** 02/20/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******8766 Checking Account |
| For Period Ending: | 06/02/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/16 | {4} | BMW Financial Services | Settlement of fraudulent conveyance per order entered 10/21/16 [46] | 1241-000 | 20,000.00 | | 20,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.12 | 19,980.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.65 | 19,952.23 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.60 | 19,921.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.74 | 19,894.89 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.56 | 19,865.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.66 | 19,838.67 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.38 | 19,807.29 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.48 | 19,778.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.49 | 19,751.32 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.25 | 19,720.07 |
| 09/26/17 | {9} | Golden Nugget Biloxi | Adversary proceeds per order entered 9/22/17 [73] | 1241-000 | 33,750.00 | | 53,470.07 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.65 | 53,439.42 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.98 | 53,357.44 |
| 11/07/17 | | Atlanta Transportation | Adversary settlement payment per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 53,857.44 |
| | {6} | | Acct #; Payment #1      $500.00 | 1241-000 | | | |
| 11/16/17 | | Atlanta Transportation and Limo | Scheduled payment per settlement Order entered 11/2/17 [80] | 1241-000 | 500.00 | | 54,357.44 |
| | {6} | | Acct #; Payment #2      $500.00 | 1241-000 | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.58 | 54,279.86 |
| 12/15/17 | | Anthony Skelton | Scheduled payment per order entered 11-2-17 | 1241-000 | 500.00 | | 54,779.86 |
| | {6} | | Acct #; Payment #3      $500.00 | 1241-000 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.73 | 54,704.13 |
| 01/19/18 | {5} | Ragsdale, Beals, Seigler, Patterson & Gray | Adversary settlement in full of American Express | 1241-000 | 199,000.00 | | 253,704.13 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 172.42 | 253,531.71 |
| 02/02/18 | | Anthony Skelton | settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 254,031.71 |

Page Subtotals:    $254,750.00    $718.29

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******8766 Checking Account |
| For Period Ending: | 06/02/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {6} | | Acct #; Payment #4  $500.00 | 1241-000 | | | |
| 02/02/18 | {16} | Angela Carter | Payment in full. Settlement of adversary 17-05086 | 1241-000 | 8,000.00 | | 262,031.71 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 349.72 | 261,681.99 |
| 03/02/18 | | White Gloves Limo | Scheduled settlement payment per order entered 11/2/17 [80], adversary 15-05075 | 1241-000 | 250.00 | | 261,931.99 |
| | {6} | | Acct #; Payment #5  $250.00 | 1241-000 | | | |
| 03/02/18 | | White Glove Limo | Scheduled settlement payment per order entered 11/2/17 [80] | 1241-000 | 250.00 | | 262,181.99 |
| | {6} | | Acct #; Payment #5  $250.00 | 1241-000 | | | |
| 03/20/18 | 101 | Ragsdale, Beals, Seigler, Patterson & Gray | Interim attorney expenses allowed by order entered 3/9/18 | 3220-000 | | 3,401.51 | 258,780.48 |
| 03/29/18 | | White Gloves Limo | settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 259,280.48 |
| | {6} | | Acct #; Payment #6  $500.00 | 1241-000 | | | |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 376.49 | 258,903.99 |
| 04/17/18 | 102 | Ragsdale, Beals, Seigler, Patterson & Gray | Compensation per order entered 4/13/18 {107} | 3210-000 | | 158,702.00 | 100,201.99 |
| 04/26/18 | | White Glove Limo | Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 100,701.99 |
| | {6} | | Acct #; Payment #7  $500.00 | 1241-000 | | | |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.54 | 100,372.45 |
| 05/15/18 | {7} | Ragsdale, Beals, Seigler, Patterson & Gray | Settlement payment on adversary proceeding 17-05077 against Bank America. Docket number 103 | 1241-000 | 350,000.00 | | 450,372.45 |
| 05/31/18 | | White Glove Limo | Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 450,872.45 |
| | {6} | | Acct #; Payment #8  $500.00 | 1241-000 | | | |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 410.50 | 450,461.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 626.30 | 449,835.65 |
| 07/03/18 | | Atlanta Limo | Scheduled payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 450,335.65 |
| | {6} | | Acct #; Payment #9  $500.00 | 1241-000 | | | |
| 07/03/18 | {11} | Venetian Casino Resort | Settlement of adversary proceeding | 1241-000 | 72,500.00 | | 522,835.65 |
| | | | **Page Subtotals:** | | **$433,000.00** | **$164,196.06** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Form 2 — Exhibit 9

# Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******8766 Checking Account |
| For Period Ending: | 06/02/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/24/18 | | White glove Limo | Final Settlement payment, adversary 15-05075 per order entered 11/2/17 [80] | 1241-000 | 500.00 | | 523,335.65 |
| | {6} | | Acct #; Payment #10       $500.00 | 1241-000 | | | |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 781.27 | 522,554.38 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 776.67 | 521,777.71 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 400.26 | 521,377.45 |
| 10/02/18 | {14} | Amanda Manning | Payment of settlement proceeds in full of Simpson Adversary #17-05084 | 1241-000 | 3,500.00 | | 524,877.45 |
| 10/16/18 | {15} | Wayne Simpson | Payment in full of Adversary #17-05085 | 1241-000 | 10,000.00 | | 534,877.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 477.90 | 534,399.55 |
| 11/06/18 | 103 | Stonebridge Accounting & Forensics, LLC | Accountant for Trustee interim fees and expenses | | | 50,883.32 | 483,516.23 |
| | | Stonebridge Accounting & Forensics, LLC | Account Fees       $50,623.50 | 3410-000 | | | |
| | | Stonebridge Accounting & Forensics, LLC | Accountant expenses       $259.82 | 3420-000 | | | |
| 02/15/19 | {13} | Small Herrin | Settlement-adversary proceeding 17-05083-Poole per order [47] | 1241-000 | 15,500.00 | | 499,016.23 |
| 03/30/19 | 104 | Ragsdale, Beals, Seigler, Patterson & Gray | Second interim fees/expenses allowed per order of 3/25/19 [170] | | | 239,999.19 | 259,017.04 |
| | | Ragsdale, Beals, Seigler, Patterson & Gray | Allowed Second Interim Fees per order of 3/25/19 [170]       $230,000.00 | 3210-000 | | | |
| | | Ragsdale, Beals, Seigler, Patterson & Gray | Allowed second interim expenses per order of 3/25/19 [170]       $9,999.19 | 3220-000 | | | |
| 05/06/19 | 105 | Robert Trauner | Trustee interim compensation/expenses [177] | | | 34,298.22 | 224,718.82 |
| | | Robert Trauner | $33,921.88 | 2100-000 | | | |
| | | Robert Trauner | $376.34 | 2200-000 | | | |
| 05/07/19 | 106 | Internal Revenue Service | Interim Distribution payment - Dividend paid at 100.00% of $126.00; Claim # 1P-2; Filed: $30,733.33 | 5800-000 | | 126.00 | 224,592.82 |
| 05/07/19 | 107 | Georgia Department of Revenue | Interim Distribution payment - Dividend paid at 100.00% of $138.75; Claim # 16; Filed: $138.75 | 5800-000 | | 138.75 | 224,454.07 |
| 05/07/19 | 108 | Canon Financial Services Inc | Interim Distribution payment - Dividend paid at 17.00% of $1,715.52; Claim # 2; Filed: $1,715.52 | 7100-000 | | 291.64 | 224,162.43 |
| 05/07/19 | 109 | Register Lithographers, Ltd. | Interim Distribution payment - Dividend paid at 17.00% of $356,881.00; Claim # 3; Filed: $356,881.00 | 7100-000 | | 60,669.77 | 163,492.66 |

**Page Subtotals:**    $29,500.00    $388,842.99

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******8766 Checking Account |
| For Period Ending: | 06/02/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/19 | 110 | Third-Marietta, LLC | Interim Distribution payment - Dividend paid at 17.00% of $39,354.82; Claim # 4; Filed: $39,354.82 | 7100-000 |  | 6,690.32 | 156,802.34 |
| 05/07/19 | 111 | Print Direction, Inc. | Interim Distribution payment - Dividend paid at 17.00% of $513,459.75; Claim # 6; Filed: $513,459.75 | 7100-000 |  | 87,288.16 | 69,514.18 |
| 09/27/19 | {12} | Hard Rock Hotel & Casino | Settlement of adversary proceeding, Docket number 182 | 1241-000 | 231,000.00 |  | 300,514.18 |
| 10/02/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******3507 | Transition Debit to Metropolitan Commercial Bank acct 3910093507 | 9999-000 |  | 300,514.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** |  | 948,250.00 | 948,250.00 | $0.00 |
| Less: Bank Transfers/CDs |  | 0.00 | 300,514.18 |
| **Subtotal** |  | 948,250.00 | 647,735.82 |
| Less: Payments to Debtors |  |  | 0.00 |
| **NET Receipts / Disbursements** |  | **$948,250.00** | **$647,735.82** |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 15-56153-BEM | Trustee Name: | Robert Trauner (300001) |
|---|---|---|---|
| Case Name: | THINK RETAIL SOLUTIONS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6902 | Account #: | ******3507 Checking Account |
| For Period Ending: | 06/02/2020 | Blanket Bond (per case limit): | $35,660,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/19 |  | Transfer Credit from Mechanics Bank acct ******8766 | Transition Credit from Mechanics Bank acct 5016288766 | 9999-000 | 300,514.18 |  | 300,514.18 |
| 12/24/19 | 1000 | Clerk, U.S. Bankruptcy Court | Special Charges per order entered 9/3/19 [185] | 2700-000 |  | 3,850.00 | 296,664.18 |
| 04/07/20 | 1001 | Robert Trauner | Combined trustee compensation & expense dividend payments. |  |  | 16,945.92 | 279,718.26 |
|  |  | Robert Trauner | Claims Distribution - Fri, 01-10-2020  $16,740.62 | 2100-000 |  |  |  |
|  |  | Robert Trauner | Claims Distribution - Fri, 01-10-2020  $205.30 | 2200-000 |  |  |  |
| 04/07/20 | 1002 | Ragsdale, Beals, Seigler, Patterson & Gray | Combined payments for claim number , |  |  | 229,251.78 | 50,466.48 |
|  |  | Ragsdale, Beals, Seigler, Patterson & Gray | Claims Distribution - Fri, 01-10-2020  $205,000.00 | 3210-000 |  |  |  |
|  |  | Ragsdale, Beals, Seigler, Patterson & Gray | Claims Distribution - Fri, 01-10-2020  $24,251.78 | 3220-000 |  |  |  |
| 04/07/20 | 1003 | Stonebridge Accounting & Forensics, LLC | Combined payments for claim number , |  |  | 9,586.14 | 40,880.34 |
|  |  | Stonebridge Accounting & Forensics, LLC | Claims Distribution - Fri, 01-10-2020  $9,486.00 | 3410-000 |  |  |  |
|  |  | Stonebridge Accounting & Forensics, LLC | Claims Distribution - Fri, 01-10-2020  $100.14 | 3420-000 |  |  |  |
| 04/07/20 | 1004 | Canon Financial Services Inc | Distribution payment - Dividend paid at 4.49% of $1,715.52; Claim # 2; Filed: $1,715.52 | 7100-000 |  | 76.95 | 40,803.39 |
| 04/07/20 | 1005 | Register Lithographers, Ltd. | Distribution payment - Dividend paid at 4.49% of $356,881.00; Claim # 3; Filed: $356,881.00 | 7100-000 |  | 16,007.51 | 24,795.88 |
| 04/07/20 | 1006 | Third-Marietta, LLC | Distribution payment - Dividend paid at 4.49% of $39,354.82; Claim # 4; Filed: $39,354.82 | 7100-000 |  | 1,765.22 | 23,030.66 |
| 04/07/20 | 1007 | Print Direction, Inc. | Distribution payment - Dividend paid at 4.49% of $513,459.75; Claim # 6; Filed: $513,459.75 | 7100-000 |  | 23,030.66 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 300,514.18 | 300,514.18 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 300,514.18 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 300,514.18 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$300,514.18** |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-56153-BEM | **Trustee Name:** | Robert Trauner (300001) |
| **Case Name:** | THINK RETAIL SOLUTIONS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6902 | **Account #:** | ******3507 Checking Account |
| **For Period Ending:** | 06/02/2020 | **Blanket Bond (per case limit):** | $35,660,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8766 Checking Account | $948,250.00 | $647,735.82 | $0.00 |
| ******3507 Checking Account | $0.00 | $300,514.18 | $0.00 |
| | $948,250.00 | $948,250.00 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**